FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

2012 SEP -4  AM II: 15

CLERK _____
SO. DIST. OF GA.

WILLIE DAVIS,                                    :
                                                :        CIVIL ACTION NO.: CV612–023
                    Plaintiff,                   :
                                                :
          v.                                     :
                                                :
STATE OF GEORGIA; SMITH                         :
STATE PRISON; GEORGIA                           :
DEPARTMENT OF CORRECTIONS;                      :
ANGELA HENNERY; JOHN BROWN;                     :
Mr. JOHNSON; DON JARRIEL;                       :
ANDREW McFARLAND; and                           :
JEFFREY COLEMAN,                                :
                                                :
                    Defendants.                 :

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned

concurs with the Magistrate Judge's Report and Recommendation, to which Objections

were filed.  In his Objections, Plaintiff contends that his Complaint is a re-filing of his

complaint in Case Number 509-CV-00273, which appears to have been filed in the

District Court for the Middle District of Georgia.  Plaintiff once again details events which

allegedly occurred in March 2009.  In an effort to establish that he is in imminent danger

of serious physical injury, Plaintiff asserts that he fears he will be assaulted again.

Plaintiff also asserts that he was attacked by several inmates on May 31, 2012.

The relevant inquiry under 28 U.S.C. § 1915(g) is whether the plaintiff was in

imminent danger of serious physical injury *at the time he files his complaint in a district*

AO 72A
(Rev. 8/82)

*court.* <u>Medberry v. Butler</u>, 185 F.3d 1189, 1193 (11th Cir. 1999).  The events Plaintiff sets forth in his Complaint and in his Objections allegedly occurred in March 2009, which was well before he filed his Complaint in this Court, and on May 31, 2012, which was after he filed his Complaint in this Court on March 20, 2012.

Plaintiff's Objections are without merit.  The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court.  Plaintiff's Complaint is **DISMISSED**, without prejudice.  The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this _4_ day of ___*Sept*___, 2012.


B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)